```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 01441
   BRIAN P TUHOWSKI
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0571


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/29/07 and confirmed on 05/03/07.

   2.  The case was dismissed after confirmation, 07/27/2007.

   3.  The Debtor paid a total of $    772.60 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 3000.00 | .00 | .00 |
| CHESTNUT RIDGE TOWNHOME | SECURED | 730.00 | .00 | 65.20 |
| HARLEY DAVIDSON CREDIT | SECURED | .00 | .00 | .00 |
| PATELCO CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NEUROMED | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERCENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVENA MERCY | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESPIRATORY CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| MOLLOHAN MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |

```
           Summary of disbursements:
-----------------------------------------------------------------------
         SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
```

```
TOTAL CLMS ALLOWED        3730.00              .00           .00           .00       3730.00
PRINCIPAL PAID              65.20              .00           .00           .00         65.20
INTEREST PAID                 .00              .00           .00           .00           .00
TOTAL PAID                  65.20              .00           .00           .00         65.20
```
The Debtor's attorney, JOHN C DENT                       , was allowed $   3000.00
and was paid $    329.00   direct and $    687.31   through the plan.

The Trustee received $      20.09 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/22/07                          /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE